FILED 19 DEC '12 15:21 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

SERGEY YEFIMOVICH TURZHANSKIY,

Defendant.

3:12-CR-645-HZ

INDICTMENT

[18 U.S.C. §§ 844(i); 26 U.S.C. §§ 5845, 5861(d), 5871]

THE GRAND JURY CHARGES:

COUNT 1
(Attempted Arson)

On or about November 5, 2012, in Portland, Multnomah County, in the District of Oregon, SERGEY YEFIMOVICH TURZHANSKIY, defendant herein, unlawfully, willfully and maliciously attempted to damage and destroy by means of fire a vehicle and other personal property used in interstate commerce and in activities affecting interstate commerce, namely, a 2011 Ford Crown Victoria police patrol sedan, Oregon license number E254221, vehicle identification number 2FABP7BV8BX155671, and its contents, including but not limited to a computer and a communications system, all the property of the Portland Police Bureau and the City of Portland; all in violation of Title 18, United States Code, Sections 844(i).

COUNT 2
(Possession of Unregistered Destructive Device)

On or about November 5, 2012, in Portland, Multnomah County, in the District of Oregon, SERGEY YEFIMOVICH TURZHANSKIY, defendant herein, unlawfully and

knowingly possessed a firearm, namely, a destructive device in the form of an incendiary bomb commonly known as a Molotov cocktail, which had not been registered to SERGEY YEFIMOVICH TURZHANSKIY in the National Firearms Registration and Transfer Record, as required in Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5845, 5861(d) and 5871.

Dated this 19 day of December 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney
(503) 727-1000