IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00645-HZ-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| SERGEY YEFIMOVICH TURZHANSKIY, | |
| Defendant. | |

The Court, having considered the Second Unopposed Motion for Early Termination of Supervised Release filed by defendant,

HEREBY ORDERS that defendant's supervised release be terminated as of this date.

DATED this __28__ day of __June__, 2018.

_____
Honorable Marco A. Hernández
United States District Court Judge

Submitted by:

*/s/ Alison M. Clark*
Alison M. Clark
Attorney for Defendant

Page 1   ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE